MENDEZ, M., et al.

v.

CITY OF PHILA, et al.

1176 CD 2016

Commonwealth Court of Pennsylvania.

08/01/2017

Philadelphia County Civil Division, February Term, 2015 No. 01004

Affirmed

SNOW SHOE TWP.

v.

BOGGS TWP.

1209 CD 2016

Commonwealth Court of Pennsylvania.

08/01/2017

Centre County Civil Division, 2013–3572

Affirmed

COUNTY OF DELAWARE

v.

WCAB (WORRELL)

1441 CD 2016

Commonwealth Court of Pennsylvania.

08/01/2017

Workers' Compensation Appeal Board, A15–1443

Affirmed

VANBENTHUYSEN, E.

v.

UCBR

1842 CD 2016

Commonwealth Court of Pennsylvania.

08/01/2017

Unemployment Compensation Board of Review, B–593050

Affirmed